# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

MARCIE SALOPEK,

    Plaintiff,

vs.                                                               CV No. 18-339 JAP/CG

ZURICH AMERICAN LIFE
INSURANCE COMPANY,

    Defendant.

## ORDER RESETTING TELEPHONIC STATUS CONFERENCE

**THIS MATTER** is before the Court *sua sponte*. **IT IS HEREBY ORDERED** that the status conference currently set for August 16, 2018 at 2:00 p.m., is reset for **Thursday, August 23, 2018, at 2:00 p.m.**

    Parties shall call Judge Garza's "Meet Me" line at 505.348.2693 to be connected to the proceedings. This line can only accommodate up to five telephone lines, including the Court's; if the parties anticipate that they will exceed this capacity, they must contact the Court immediately so that alternative arrangements may be made.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE