**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

MARCIE SALOPEK,

      Plaintiff,

v.                                                                               CV No. 18-339 JAP/CG

ZURICH AMERICAN LIFE
INSURANCE COMPANY,

      Defendant.

**ORDER GRANTING JOINT MOTION TO EXTEND
DEADLINES TO FILE MOTIONS TO COMPEL**

**THIS MATTER** is before the Court on the parties' *Joint Motion to Extend Deadline for Parties to Move to Compel Answers and Responses to Parties' First Sets of Discovery*, (Doc. 58), filed October 12, 2018. The parties state that Plaintiff received Defendant's responses to Plaintiff's first set of discovery requests on September 28, 2018, and Defendant received Plaintiff's responses to Defendant's first set of discovery requests on October 8, 2018. The parties ask the Court to extend each of the parties' 21-day deadlines to file motions to compel related to the discovery requests to November 2, 2018, stating they need additional time to fully review the discovery responses and objections and engage in good faith negotiations. The Court, having considered the Motion, noting it is unopposed, and being otherwise fully advised, finds that the Motion is well-taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that the parties' *Joint Motion to Extend Deadline for Parties to Move to Compel Answers and Responses to Parties' First Sets of*

*Discovery*, (Doc. 58), is **GRANTED**, and the deadline to file motions to compel related to each of the parties' first sets of discovery requests is extended to **November 2, 2018**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE