**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

MARCIE SALOPEK,

       Plaintiff,

v.                                       CV No. 18-339 JAP/CG

ZURICH AMERICAN LIFE
INSURANCE COMPANY,

       Defendant.

## ORDER GRANTING JOINT MOTION TO MODIFY SCHEDULING ORDER AND EXTEND DEADLINE TO FILE MOTIONS TO COMPEL

**THIS MATTER** is before the Court on the parties' *Joint Motion to Modify Scheduling Order and Extend Deadline to Compel Responses to Parties' First Sets of Discovery*, (Doc. 63), filed October 25, 2018. The parties state there have been delays in setting a deposition that is necessary to determine jurisdictional issues relating to Plaintiff's motion to amend the complaint. The Court, having considered the Motion, noting it is unopposed, and being otherwise fully advised, finds that the Motion is well-taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that the parties' *Joint Motion to Modify Scheduling Order and Extend Deadline to Compel Responses to Parties' First Sets of Discovery*, (Doc. 63), is **GRANTED**, and the parties' deadlines are extended as follows:

1. Deadline to file motions to compel related to each of the parties' first sets of discovery requests is extended to **November 16, 2018**.

2. Fact discovery shall be completed by **March 28, 2019**.

3.  Plaintiff shall identify expert witness(es) to be used at trial and provide expert reports by **April 9, 2019**.

4.  All other parties shall identify expert witness(es) to be used at trial and provide expert reports by **June 4, 2019**.

5.  Expert depositions shall be completed by **July 11, 2019**.

6.  All discovery shall be completed by **July 18, 2019.**

7.  Motions relating to discovery shall be filed by **August 8, 2019.**

8.  Pretrial motions, other than those relating to discovery, shall be filed by **August 22, 2019.**

Counsel are directed to file a consolidated final Pretrial Order as follows: Plaintiff to Defendant on or before **September 26, 2019**; Defendant to the Court on or before **October 10, 2019.**

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE