# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

MARCIE SALOPEK,

      Plaintiff,

v.                                                                                               CV No. 18-339 JAP/CG

ZURICH AMERICAN LIFE
INSURANCE COMPANY,

      Defendant.

## ORDER GRANTING JOINT MOTION TO SET SCHEDULE TO EXCHANGE PRIVILEGE LOGS AND FILE MOTIONS TO COMPEL REGARDING PRIVILEGED MATERIALS

**THIS MATTER** is before the Court on the parties' *Joint Motion to Set A Schedule to Exchange Privilege Logs and Move to Compel Production of Materials Withheld on Grounds of Privilege From Responses to First Sets of Discovery Requests*, (Doc. 79), filed December 21, 2018. The parties ask the Court to enter an order that reflects their agreement to exchange privilege logs with respect to the first set of discovery requests on or before January 24, 2019, and to file any motions to compel the production and disclosure of materials and information that have been withheld as privileged on or before February 14, 2019. The Court, having considered the Motion, noting it is unopposed, and being otherwise fully advised, finds that the Motion is well-taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that the parties' *Joint Motion to Set A Schedule to Exchange Privilege Logs and Move to Compel Production of Materials Withheld on Grounds of Privilege From Responses to First Sets of Discovery Requests*, (Doc. 79), is **GRANTED**. The parties' deadline to exchange privilege logs with respect to the first set

of discovery requests is **January 24, 2019**, and the parties' deadline to file any motions to compel the production and disclosure of materials and information that have been withheld as privileged is **February 14, 2019**.

    **IT IS SO ORDERED**.

                                              _____
                                              THE HONORABLE CARMEN E. GARZA
                                              CHIEF UNITED STATES MAGISTRATE JUDGE