**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

MARCIE SALOPEK,

    Plaintiff,

v.                                                         CV No. 18-339 JAP/CG

ZURICH AMERICAN LIFE
INSURANCE COMPANY,

    Defendant.

## ORDER GRANTING JOINT MOTION TO EXTEND
## DEADLINE TO FILE MOTIONS TO COMPEL

**THIS MATTER** is before the Court on the parties' *Joint Motion to Extend Deadline to Compel Responses to Parties' First Sets of Requests for Production*, (Doc. 86), filed January 14, 2019. The parties ask to extend their deadlines to file motions to compel to February 12, 2019, because they are continuing to gather responsive documents and negotiate. The Court, having considered the Motion, noting it is unopposed, and being otherwise fully advised, finds that the Motion is well-taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that the parties' *Joint Motion to Extend Deadline to Compel Responses to Parties' First Sets of Requests for Production*, (Doc. 86), is **GRANTED**, and the deadline to file motions to compel related to each of the parties' first sets of discovery requests is extended to **February 12, 2019**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE