# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

MARCIE SALOPEK,

   Plaintiff,

v.                   CV No. 18-339 JAP/CG

ZURICH AMERICAN LIFE
INSURANCE COMPANY,

   Defendant.

## ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE TO FILE MOTIONS TO COMPEL PRODUCTION OF PRIVILEGED MATERIALS

**THIS MATTER** is before the Court on the parties' *Joint Motion to Extend Deadline to File Motions to Compel Production of Materials Withheld on Grounds of Privilege From Responses to First Sets of Discovery Requests*, (Doc. 96), filed February 12, 2019. The parties ask the Court to extend their deadline to file motions to compel production of privileged materials to February 21, 2019, because they are working towards a resolution of issues relating to those materials. The Court, having considered the Motion, noting it is unopposed, and being otherwise fully advised, finds that the Motion is well-taken and should be **GRANTED**.

   **IT IS THEREFORE ORDERED** that the parties' *Joint Motion to Extend Deadline to File Motions to Compel Production of Materials Withheld on Grounds of Privilege From Responses to First Sets of Discovery Requests*, (Doc. 96), is **GRANTED**, and the parties' deadline to file motions to compel the production and disclosure of materials that have been withheld as privileged is extended to **February 21, 2019**.

   **IT IS SO ORDERED**.

                _____
                THE HONORABLE CARMEN E. GARZA
                CHIEF UNITED STATES MAGISTRATE JUDGE