IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MARCIE SALOPEK,

    Plaintiff,

v.                                                            CV No. 18-339 JAP/CG

ZURICH AMERICAN LIFE
INSURANCE COMPANY,

    Defendant.

## ORDER GRANTING UNOPPOSED MOTION TO FILE EXHIBIT UNDER SEAL

**THIS MATTER** is before the Court on Plaintiff's *Unopposed Motion for Leave to File Exhibit Under Seal*, (Doc. 102), filed February 21, 2019. Plaintiff asks to file under seal Exhibit B to Plaintiff's *Motion to Compel Zurich American Life Insurance Company to Produce an Unredacted Copy of a Memorandum*, (Doc. 101). Plaintiff states Exhibit B is an excerpt from Defendant's Life Claims Department Manual and contains information Defendant has deemed confidential under the parties' Protective Order. The Court, having considered the Motion, noting it is unopposed, and being otherwise fully advised, finds that the Motion is well-taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Plaintiff's *Unopposed Motion for Leave to File Exhibit Under Seal*, (Doc. 102), is **GRANTED**, and Plaintiff may file Exhibit B to her Motion to Compel under seal.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE