# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

MARCIE SALOPEK,

    Plaintiff,

v.                                                              CV No. 18-339 JAP/CG

ZURICH AMERICAN LIFE
INSURANCE COMPANY,

    Defendant.

## ORDER TO SUBMIT DOCUMENT FOR *IN CAMERA* REVIEW

**THIS MATTER** is before the Court on *Plaintiff's Motion to Compel Zurich America Life Insurance Company to Produce an Unredacted Copy of a Memorandum*, (Doc. 101), filed February 21, 2019. In considering the motion, response (Doc. 108), reply (Doc. 110), record of the case, and relevant law, the Court will require Defendant to submit the memorandum at issue (Bates No. ZALICO_SAL0002235) to the Court for an *in camera* review. The Court will issue an order on Plaintiff's motion after reviewing the document.

    **IT IS THEREFORE ORDERED** that Defendant submit the document to garzaschambers@nmcourt.fed.us no later than **April 3, 2019**, for an *in camera* review.

        **IT IS SO ORDERED**.

                                            _____
                                            THE HONORABLE CARMEN E. GARZA
                                            CHIEF UNITED STATES MAGISTRATE JUDGE