**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

MARCIE SALOPEK,

      Plaintiff,

vs.                                            CV No. 18-339 JAP/CG

ZURICH AMERICAN LIFE
INSURANCE COMPANY,

      Defendant.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

      **THIS MATTER** is before the Court on Plaintiff's *Request for Status Conferene*,

(Doc. 114). **IT IS HEREBY ORDERED** that a status conference will be held by

telephone on **Friday, May 17, 2019, at 10:00 a.m.**

      Parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415,

follow the prompts, and enter the Access Code 7467959, to be connected to the

proceedings.

_____

THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE