**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

MARCIE SALOPEK,

    Plaintiff,

v.                                                                  CV No. 18-339 JAP/CG

ZURICH AMERICAN LIFE
INSURANCE COMPANY,

    Defendant.

## **AMENDED SCHEDULING ORDER**

**THIS MATTER** is before the Court on the parties' request at the May 17, 2019, status conference to amend the scheduling order, and the parties' proposed deadlines submitted to the Court via e-mail. *See* (Doc. 118). Having considered the parties' requested deadlines and the record of the case, and having conferred with the presiding judge, the scheduling order is modified as follows:

1. The termination date for fact discovery and fact depositions is **October 15, 2019**.

2. Absent good cause shown, motions relating to fact discovery shall be filed by **October 15, 2019**

3. Plaintiff shall identify expert witnesses and provide expert reports by **October 18, 2019**.

4. Defendant shall identify expert witnesses and provide expert reports by **November 22, 2019**.

5. Expert depositions shall begin **December 2, 2019**, and shall end **December 18, 2019**.

6. Absent good cause shown, motions related to expert discovery shall be filed by **December 18, 2019**.

7. Pretrial motions, other than those relating to discovery, shall be filed by **February 5, 2020**.

Deadlines for filing other pretrial motions (such as motions *in limine*), and for filing the pretrial order, shall be set when the trial is set in this case.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE