IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MARCIE SALOPEK,

    Plaintiff,

v.                                                                              CV No. 18-339 JAP/CG

ZURICH AMERICAN LIFE
INSURANCE COMPANY,

    Defendant.

## ORDER GRANTING UNOPPOSED MOTION TO FILE PORTIONS OF MOTION AND TWO EXHIBITS UNDER SEAL

**THIS MATTER** is before the Court on *Defendant Zurich American Life Insurance Company's Unopposed Motion to File Portion of Motion for Judgment on the Pleadings and Two Accompanying Exhibits Under Seal*, (Doc. 124), filed June 24, 2019. Defendant states that portions of its *Motion for Judgment on the Pleadings* and two accompanying exhibits, contain Confidential Information pursuant to the parties' *Stipulated Protective Order*, (Doc 36). (Doc. 124). The Court, having considered the Motion, noting it is unopposed, and being otherwise fully advised, finds that the Motion is well-taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that *Defendant Zurich American Life Insurance Company's Unopposed Motion to File Portion of Motion for Judgment on the Pleadings and Two Accompanying Exhibits Under Seal*, (Doc. 124), is **GRANTED**, and Defendant may file these documents under seal.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE