# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

MARCIE SALOPEK,

    Plaintiff,

v.                                                           CV No. 18-339 JAP/CG

ZURICH AMERICAN LIFE
INSURANCE COMPANY,

    Defendant.

## ORDER GRANTING UNOPPOSED MOTION TO FILE UNDER SEAL

**THIS MATTER** is before the Court on Plaintiff's *Unopposed Motion for Leave to File Portions of Plaintiff's Response and Exhibits Under Seal*, (Doc. 131), filed July 29, 2019. Plaintiff states that portions of its Response to Defendant's *Motion for Partial Judgment on the Pleadings* and some of the accompanying exhibits contain Confidential Information pursuant to the parties' *Stipulated Protective Order*, (Doc 36). (Doc. 124). The Court, having considered the Motion, noting it is unopposed, and being otherwise fully advised, finds that the Motion is well-taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Plaintiff's *Unopposed Motion for Leave to File Portions of Plaintiff's Response and Exhibits Under Seal*, (Doc. 131), is **GRANTED**, and Plaintiff may file these documents under seal.

    **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE