IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MARCIE SALOPEK,

    Plaintiff,

v.                                              CV No. 18-339 JAP/CG

ZURICH AMERICAN LIFE
INSURANCE COMPANY,

    Defendant.

## ORDER GRANTING THIRD UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE MOTION TO COMPEL

**THIS MATTER** is before the Court on *Plaintiff's Third Unopposed Motion to Extend Deadline to Move to Compel Responses to Plaintiff's Second Set of Requests for Documents*, (Doc. 145), filed September 5, 2019. Plaintiff asks to extend her deadline to file a motion to compel regarding her second set of document requests from September 6, 2019, to September 13, 2019, because the parties are working to resolve their discovery dispute. The Court, having considered the Motion, noting it is unopposed, and being otherwise fully advised, finds that the Motion is well-taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that *Plaintiff's Third Unopposed Motion to Extend Deadline to Move to Compel Responses to Plaintiff's Second Set of Requests for Documents*, (Doc. 145), is **GRANTED**, and Plaintiff's deadline to file a motion to compel regarding her second set of document requests is extended to **September 13, 2019**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE