# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

MARCIE SALOPEK,

    Plaintiff,

v.                                                                                                         CV No. 18-339 JAP/CG

ZURICH AMERICAN LIFE
INSURANCE COMPANY,

    Defendant.

## ORDER GRANTING UNOPPOSED MOTION TO MODIFY SCHEDULING ORDER

**THIS MATTER** is before the Court on the parties' *Unopposed Motion to Modify Amended Scheduling Order*, (Doc. 147), filed September 6, 2019. The Court, having considered the Motion, noting it is unopposed, and being otherwise fully advised, finds that the Motion is well-taken and shall be **GRANTED** and the parties' deadlines are extended as follows:

1. The termination date for fact discovery and motions relating to fact discovery is **November 15, 2019**.

2. Plaintiff shall identify expert witnesses and provide expert reports by **November 18, 2019**.

3. Defendant shall identify expert witnesses and provide expert reports by **December 20, 2019**.

4. Expert depositions shall begin **January 13, 2020**, and shall end **January 24, 2020**.

5. Motions related to expert discovery shall be filed by **January 24, 2020**.

All other deadlines set in the *Amended Scheduling Order*, (Doc. 119), and Order setting trial deadlines, (Doc. 120), shall remain the same.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE