IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MARCIE SALOPEK,

    Plaintiff,

v.                                                          CV No. 18-339 JAP/CG

ZURICH AMERICAN LIFE
INSURANCE COMPANY,

    Defendant.

## ORDER GRANTING UNOPPOSED MOTION TO INCREASE DEPOSITION LIMITS

**THIS MATTER** is before the Court on the parties' *Unopposed Motion for Leave to Increase Deposition Limits*, (Doc. 148), filed September 11, 2019. The parties ask to increase the number of depositions from 10 per side to 12 per side. The Court, having considered the Motion, noting it is unopposed, and being otherwise fully advised, finds that the Motion is well-taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that the parties' *Unopposed Motion for Leave to Increase Deposition Limits*, (Doc. 148), is **GRANTED**, and the parties may take up to 12 depositions per side.

    **IT IS SO ORDERED**.

                                              _____
                                              THE HONORABLE CARMEN E. GARZA
                                              CHIEF UNITED STATES MAGISTRATE JUDGE