# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

MARCIE SALOPEK,

      Plaintiff,

v.                                                                              CV No. 18-339 JAP/CG

ZURICH AMERICAN LIFE
INSURANCE COMPANY,

      Defendant.

## ORDER GRANTING FOURTH UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE MOTION TO COMPEL

**THIS MATTER** is before the Court on *Plaintiff's Fourth Unopposed Motion to Extend Deadline to Move to Compel Responses to Plaintiff's Second Set of Requests for Documents* (the "Motion"), (Doc. 151), filed September 13, 2019. In her Motion, Plaintiff asks to extend the deadline to file a motion to compel regarding her second set of document requests from September 13, 2019, to September 27, 2019, because the parties are working to resolve their discovery dispute. The Court, having considered the Motion, noting it is unopposed, and being otherwise fully advised, finds that the Motion is well-taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that *Plaintiff's Fourth Unopposed Motion to Extend Deadline to Move to Compel Responses to Plaintiff's Second Set of Requests for Documents*, (Doc. 151), is **GRANTED**, and Plaintiff's deadline to file a motion to compel regarding her second set of document requests is extended to **September 27, 2019**.

                                                                 THE HONORABLE CARMEN E. GARZA
                                                                 CHIEF UNITED STATES MAGISTRATE JUDGE