IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MARCIE SALOPEK,

    Plaintiff,

v.                                                                               CV No. 18-339 JAP/CG

ZURICH AMERICAN LIFE INSURANCE COMPANY,

    Defendant.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**THIS MATTER** is before the Court having conferred with counsel about a mutually-convenient date, time, and location. **IT IS HEREBY ORDERED** that a status conference will be held by telephone on **Monday, October 21, 2019, at 3:00 p.m. MST.** Parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceedings.

**IT IS FURTHER ORDERED** that the parties cooperate in preparing a *Joint Status Report* ("JSR"), outlining any potential discovery issues subject to discussion during the status conference. The deadline for electronically filing the JSR is **Thursday, October 17, 2019, at 12:00 p.m. MST.**

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE