# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

MARCIE SALOPEK,

    Plaintiff,

v.                                                                                          CV No. 18-339 JAP/CG

ZURICH AMERICAN LIFE
INSURANCE COMPANY,

    Defendant.

## ORDER SETTING EXPEDITED BRIEFING SCHEDULE

**THIS MATTER** is before the Court on the parties' oral request to set an expedited briefing schedule, made during the October 21, 2019, telephonic status conference. Considering the current November 15, 2019, discovery completion deadline, the parties ask the Court to enter an order that expedites the briefing on the *Non-Parties' Motion to Quash or Modify Subpoenas and for Protective Order* ("Motion to Quash"), (Doc 163), filed October 21, 2019. The Court, having considered the parties' request to set an expedited briefing schedule, noting it is unopposed, and being otherwise fully advised, finds that the request is well-taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** the parties' deadline to file a response to the Motion to Quash is **November 1, 2019**. **IT IS FURTHER ORDERED** the non-parties' deadline to file a reply to the Motion to Quash is **November 6, 2019**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE