**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

MARCIE SALOPEK

    Plaintiff,

v.                                                                                               No. CV 18-339 JAP/CG

ZURICH AMERICAN LIFE
INSURANCE COMPANY

    Defendant.

## ORDER SETTING MOTION HEARING

**THIS MATTER** is before the Court on the non-parties Hashemian, Johnson and Capital Aspects, LLC's *Motion to Quash or Modify Subpoenas and for Protective Order*, (Doc. 163), filed October 21, 2019.

**IT IS HEREBY ORDERED** that a Motion Hearing will be held on **Friday, November 15, 2019, at 8:30 a.m.** in the Zia courtroom on the sixth floor of the **U.S. Historic Courthouse, 421 Gold Avenue S.W., Albuquerque, New Mexico**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE