# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

MARCIE SALOPEK,

       Plaintiff,

v.                                        CV No. 18-339 JAP/CG

ZURICH AMERICAN LIFE
INSURANCE COMPANY,

       Defendant.

## ORDER GRANTING JOINT MOTION TO MODIFY SCHEDULING ORDER

**THIS MATTER** is before the Court on the parties' *Joint Motion to Modify Scheduling Order* (the "Motion"), (Doc. 168), filed October 24, 2019. The Court, having considered the Motion, noting it is unopposed, and being otherwise fully advised, finds that the Motion is well-taken and shall be **GRANTED.**

**IT IS THEREFORE ORDERED**:

1. The deadline to take depositions of non-parties Ahmad Hashemian, Capital Aspects, Michelle Johnson, and Luis Sisniega is **December 13, 2019**;

2. Motions relating to the depositions of non-parties Ahmad Hashemian, Capital Aspects, Michelle Johnson, and Luis Sisniega shall be filed by **December 16, 2019**;

3. Plaintiff shall identify expert witnesses and provide expert reports by **December 18, 2019**;

4. Defendant shall identify expert witnesses and provide expert reports by **January 24, 2020**;

5. Expert depositions shall begin **January 27, 2020**, and shall end **February 7, 2020**; and

6. Motions related to expert discovery shall be filed by **February 7, 2020**.

**IT IS FURTHER ORDERED** that all other deadlines set in the *Order Granting Unopposed Motion to Modify Scheduling Order*, (Doc. 149), filed September 12, 2019, *Amended Scheduling Order*, (Doc. 119), filed May 22, 2019, and *Order* setting trial deadlines, (Doc. 120), filed May 29, 2019, shall remain the same.

   **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE