IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MARCIE SALOPEK,

    Plaintiff,

v.                               CV No. 18-339 JAP/CG

ZURICH AMERICAN LIFE
INSURANCE COMPANY,

    Defendant.

## ORDER VACATING MOTION HEARING

**THIS MATTER** is before the Court upon the Court's receipt of a *Proposed Stipulated Order of Withdrawal of Non-Party Movants' Motion to Quash or Modify Subpoenas and for Protective Order* (the "Stipulation of Withdrawal"). Upon review of the Stipulation of Withdrawal, the Court shall vacate the motion hearing scheduled for Friday, November 15, 2019, at 8:30 a.m. in Albuquerque, New Mexico.

**IT IS THEREFORE ORDERED** that the motion hearing scheduled for Friday, November 15, 2019, at 8:30 a.m. is hereby **VACATED**.

**IT IS SO ORDERED.**

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE