IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MARCIE SALOPEK,

    Plaintiff,

v.                                                  CV No. 18-339 JAP/CG

ZURICH AMERICAN LIFE INSURANCE COMPANY,

    Defendant.

## ORDER VACATING AND RESETTING TELEPHONIC STATUS CONFERENCE

**THIS MATTER** is before the Court upon review of the record. **IT IS HEREBY ORDERED** that the telephonic status conference set for **December 16, 2019, at 2:00 p.m.** is **VACATED** and shall be **RESET** for **January 28, 2020, at 3:00 p.m.** Parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceedings.

    **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE