# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

MARCIE SALOPEK, Trustee for THE
SALOPEK FAMILY HERITAGE TRUST,

        Plaintiff,

v.                                                           CV No. 18-339 JAP/CG

ZURICH AMERICAN LIFE INSURANCE
COMPANY,

        Defendant.

## ORDER SETTING NON-PARTY DEPOSITIONS AND EXTENDING DISCOVERY MOTION DEADLINE FOR NON-PARTY DEPOSITIONS

**THIS MATTER** is before the Court on oral motion by Plaintiff during the Court's telephonic status conference on Wednesday, December 11, 2019, at 10:00 a.m. The Court was advised by the Parties of the agreement reached concerning the depositions of non-party deponents, Ahmad Hashemian, Capital Aspects, LLC, and Michelle Johnson, and that Plaintiff requested a 10-day extension for discovery motions related to these non-party depositions. The Court, having considered the Oral Motion, noting it is unopposed, and being otherwise fully advised, finds that the Oral Motion is well-taken and shall be **GRANTED**.

    **IT IS THEREFORE ORDERED** that:

1. The deposition of Michelle Johnson shall take place on December 12, 2019, at 8:30 a.m. at the offices of Williams & Associates Court Reporting, 1608 5th St NW, Albuquerque, NM 87102.

2. The deposition of Ahmad Hashemian, concurrently with the 30(b)(6) deposition of Capital Aspects, LLC, shall take place on December 13, 2019, at 8:30 a.m. at the offices of McGinn, Montoya, Love & Curry, P.A., 201 Broadway Blvd SE, Albuquerque, NM 87102.

3. The deadline to submit motions to the Court regarding these depositions shall be extended to December 26, 2019.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE