**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

MARCIE SALOPEK, Trustee for THE
SALOPEK FAMILY HERITAGE TRUST,

        Plaintiff,

v.                                            CV No. 18-339 JAP/CG

ZURICH AMERICAN LIFE INSURANCE
COMPANY,

        Defendant.

### ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE STIPULATED FACTS UNDER SEAL

**THIS MATTER** is before the Court on Plaintiff's *Unopposed Motion For Leave To File Stipulated Facts About MIB Group, Inc and Exhibit Under Seal* (the "Motion"), (Doc. 182), filed December 18, 2019. In the Motion, Plaintiff requests to file under seal the Stipulated Facts About MIB Group, Inc., and the November 9, 2015, Report by MIB Group, Inc. to Zurich American Life Insurance Company and the associated exhibit. (Doc. 182). Plaintiff explains the documents contain information that MIB and the parties have deemed confidential under the parties' *Protective Order*, (Doc. 36). The Court, having considered the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

      **IT IS THEREFORE ORDERED** that Plaintiff may file the Stipulated Facts and its associated exhibit under seal.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE