IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MARCIE SALOPEK, Trustee for THE
SALOPEK FAMILY HERITAGE TRUST,

    Plaintiff,

v.                                                      CV No. 18-339 JAP/CG

ZURICH AMERICAN LIFE INSURANCE
COMPANY,

    Defendants.

## ORDER ON UNOPPOSED MOTION FOR WITHDRAWAL
## AND NOTICE OF SUBSTITUTION OF COUNSEL

**THIS MATTER** is before the Court on Plaintiff's *Unopposed Motion and Notice of Substitution of Counsel* (the "Motion"), (Doc. 185), filed December 20, 2019. In the Motion, counsel explains that Plaintiff Marcie Salopek, Trustee for the Salopek Family Heritage Trust, consents to the entry of this Order and the withdrawal of counsel. (Doc. 185 at 1). The Court, having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that the law firm of Ervin Cohen & Jessup, LLP (Peter Selvin and Pooja S. Nair) is hereby substituted as counsel for Plaintiff and that the law firm of Troy Gould and Kenneth J. MacArthur are hereby withdrawn as counsel for Plaintiff.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE