**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

MARCIE SALOPEK, Trustee for THE
SALOPEK FAMILY HERITAGE TRUST,

                Plaintiff,

v.                                                                              CV No. 18-339 JAP/CG

ZURICH AMERICAN LIFE INSURANCE
COMPANY,

                Defendant.

## **ORDER GRANTING JOINT MOTION TO MODIFY SCHEDULING ORDER**

**THIS MATTER** is before the Court on the Parties' *Joint Motion to Modify Scheduling Order* (the "Motion"), (Doc. 195), filed January 24, 2020. The Court, having considered the Motion and noting it is unopposed, finds that the Motion is well-taken and shall be **GRANTED**, with modifications to the parties' proposed deadlines reflected herein.

**IT IS THEREFORE ORDERED**:

1. Expert depositions shall begin February 6, 2020, and shall end February 12, 2020;

2. Motions related to expert discovery shall be filed by February 14, 2020;

3. Responses to any motion related to expert discovery shall be filed by February 21, 2020; and

4. Replies in support of motions related to expert discovery shall be filed by February 28, 2020.

**IT IS FURTHER ORDERED** that all other deadlines set in the *Amended Scheduling Order*, (Doc. 119), filed May 22, 2019, and *Order Setting Trial Deadlines*, (Doc. 120), filed May 29, 2020, shall remain the same.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE