IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MARCIE SALOPEK,

    Plaintiff,

v.                                                  CV No. 18-339 JAP/CG

ZURICH AMERICAN LIFE
INSURANCE COMPANY,

    Defendant.

## ORDER FOR CLOSING DOCUMENTS

**THIS MATTER** is before the Court upon review of the record. The parties indicate in their joint *Motion to Vacate Pre-trial Conference, Trial and Pre-trial Scheduling Order (Doc. 312)*, (Doc. 317), that they have resolved their disputes and expect to file a notice of voluntary dismissal with prejudice.

**IT IS THEREFORE ORDERED** that the parties shall submit closing documents no later than **April 15, 2021**.

**IT IS SO ORDERED.**

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE