UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MARCIE SALOPEK, Trustee for THE
SALOPEK FAMILY HERITAGE TRUST,

      Plaintiff,

v.                                                          Case No.: 2-18-cv-00339 JAP/CG

ZURICH AMERICAN LIFE INSURANCE
COMPANY,

      Defendants.

### STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

THIS COURT, having been informed by the Parties that they have resolved their differences; and that Plaintiff, Marcie Salopek, Trustee for the Salopek Family Heritage Trust, seeks a dismissal with prejudice of this matter;

IT IS ORDERED:

That this action is hereby DISMISSED WITH PREJUDICE with each party bearing its own attorneys' fees and costs.

_James A. Parker_
_____